## BOMAR .v. EQUITABLE MORTGAGE COMPANY.

COBB, J. Where on the hearing of an application for a continuance on account of the illness of a party, the evidence introduced was of such a character as to authorize a finding that there had been "several" previous continuances granted the applicant for the same cause, the judge did not abuse his discretion in overruling the motion to continue ; and this is true though there was no dispute as to the party's illness and consequent inability to attend court. *Stanford* v. *New England Mortgage Co.*, 110 *Ga.* 274, and cit.

*Judgment affirmed. All the Justices concur.*

Argued November 18,—Decided December 12, 1904.

Levy and claim. Before Judge Gober. Douglas superior court. January 5, 1904.

*W. A. James,* for plaintiff in error.

*Payne & Tye, J. A. Noyes,* and *Roberts & Hutcheson,* contra.

## CAMP *et al. v.* BRITT.

EVANS, J. Both as to the refusal of the court to grant another continuance on account of the illness of one of the parties defendant, and as to the direction of a verdict in favor of the plaintiff, this case is controlled by the decision of this court in *Stanford* v. *Security Co.*, 110 *Ga.* 274. Not only does it appear that the case had several times been continued because of the illness of this party, but that at the preceding term the court had announced that the case would not be again continued on that account, and that interrogatories for him should be sued out if his testimony was desired.

*Judgment affirmed. All the Justices concur.*

Submitted November 19,— Decided December 12, 1904.

Complaint. Before Judge Freeman. City court of Newnan. May 21, 1904.

*W. L. Stallings,* for plaintiffs in error.

*J. C. Newman* and *W. C. Wright,* contra.